UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00113-JAW |
| | ) | |
| GREGORY HARRIMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on June 14, 2012 her Recommended Decision (ECF No. 12). The Defendants filed their objections to the Recommended Decision on July 2, 2012 (ECF No. 13). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendants' Motion for Order for Conditional Judgment (ECF No. 7) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that Motion to Dismiss Counterclaim (ECF No. 9) be and hereby is <u>GRANTED</u>.

SO ORDERED.

<u>/s/John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2012