UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>GREGORY HARRIMAN,   )<br>KATHRYN HARRIMAN, and   )<br>UNKNOWN OCCUPANTS of   )<br>207 Burnham Road, Troy, Maine,   )<br>   )<br>   Defendants.   ) | 1:12-cv-00113-JAW |

**ORDER REQUIRING FURTHER EXPLANATION**

Regarding the Defendants' second issue, they claim that the United States failed to execute the Writ of Execution within sixty days as required by law. Regarding this argument, the Harrimans point to language in the Court's Execution of Ejectment docketed on January 9, 2013 in which the Court ordered the United States Marshal to return the Writ "according to law, within the next sixty days." *Execution of Ejectment* at 1 (ECF No. 28). The Court's Order was identical to a proposed Order submitted by the United States. *United States of Am.'s Req. for Execution of Ejectment* Attach. 1 (ECF No. 27).

The Court is unclear as to the source of the sixty day requirement, whether it is a matter of rule, statute or regulation. None of the Government's filings mention it. To assist the Court in evaluating the merits of the Defendant's motion, the Court ORDERS the United States to immediately supply the Court with the authority

Case 1:12-cv-00113-JAW   Document 41   Filed 04/29/15   Page 2 of 2    PageID #: 136

2

under which it claims the right to a writ of execution and, more specifically, the authority for the sixty day requirement.

    SO ORDERED.

                                      /s/ John A. Woodcock, Jr.
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2015